UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
(Rural Development)

V.                                      CASE NUMBER: CIVIL 97-2861 (RLA)

ANA A. ROCHE APONTE

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 5/23/02  Docket # 15<br>[X] Plffs    [ ] Defts<br>[ ] Other<br><br>Title: Notice to the Court and Request to Close File For any Administrative Purpose | GRANTED and SO ORDERED. |

June 6, 2002                    RAYMOND L. ACOSTA
   Date                          U.S. District Judge

Rec'd:            EOD:

By: _____    # 16