UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
(Rural Development)

CIVIL NO. 97-2861(RLA)

Plaintiff

FORECLOSURE OF MORTGAGE

v.

ANA ANGELICA ROCHE APONTE

Defendant

---

**ORDER FOR CANCELLATION OF LIS PENDENS**

Upon motion by the plaintiff, United States of America, it is hereby ORDERED that the Lis Pendens made on the real property described hereinbelow by virtue of the Lis Pendens issued in this case, be cancelled and that a Writ for Cancellation of Lis Pendens be issued by the Clerk of this Court whereby the Registrar of Property of the Registry of Ponce, Section I, Puerto Rico, shall be directed to cancel of record said Lis Pendens:

**Real Estate Property:**

--URBANA: Solar ubicado en la urbanización San Martin situada en el Barrio Lomas y Tijeras del término Municipal de Juana Diaz, Puerto Rico, cuyo número, cabida y colindancia se relacionan a continuación: NUMERO DEL SOLAR: Veinte del Bloque F (F-20), AREA DEL SOLAR: MIL SESENTA Y SIETE METROS CON CUARENTA Y NUEVE CENTIMETROS (1,067.49). En lindes; por el NOROESTE con cuarenta y siete metros sesenta y un centímetros (47. 61) con el solar diecinueve (19), por el SUR en treinta y ocho punto, veinte centímetros (38.20) con solar veintiuno (21), por el ESTE en cuarenta y seis metros con ochenta centímetros (46.80) con el canal de riego y por el OESTE en once metros veintiocho centímetros (11.28) con la

U.S. v. Ana Roche Aponte
Civil No. 97-2861(RLA)
Page 2

> Calle cuarto de la referida urbanización. Está provisto
> con casa de vivienda construída en hormigón armado y
> bloques, de tres habitaciones, un baño, cocina, sala,
> comedor y calentador solar."

THEREFORE, plaintiff requests from this Honorable Court that

an order addressed to the Clerk of this Court be issued for a Writ

of Cancellation of the following Lis Pendens:

> **AVISO DE DEMANDA** sobre Ejecución de Hipoteca en el Caso
> Civil número 97-2861(RLA) United States of America vs.
> Ana Angélica Roche Aponte, Tribunal de Distrito, Estados
> de América para el Distrito de Puerto Rico, con fecha 12
> de diciembre de 1997, solicitando el pago de $41,667.03
> de principal; $12,982.03 a la fecha de 24 de enero de
> 1997, con un perdiem de interés de 12.9833% más costas,
> gastos y honorarios de abogado.
>
> Anotado al folio 288 del tomo 381 de Juana Diaz, finca
> número 10,455, Anotación A, con fecha 8 de enero de 1998.

Given in San Juan, Puerto Rico, this 3ʳᵈ day of March

2003.

_____
UNITED STATES DISTRICT JUDGE
RAYMOND L. ACOSTA